# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER BRADFORD,<br><br>            Plaintiff,<br>v.<br><br>3369 ROSECRANS STREET #11A SAN DIEGO, CALIFORNIA; et al,<br><br>            Defendants. | Case No. 06cv2529 JM(NLS)<br><br>ORDER RE: DISMISSAL<br>[Docket No. 11] |

**IT IS HEREBY ORDERED,** pursuant to the Motion For Dismissal on file herein, that all Defendants are dismissed with prejudice and Plaintiffs' Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: September 28, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge